# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO



FEDERICO OVIEDO-VILLARMAN

     VS.                                 CIVIL NO. 04-1288 (JAF)
                                              (CRIM. NO. 99-077)

UNITED STATES OF AMERICA

| DESCRIPTION OF MOTION |||
|---|---|---|
| DATE FILED: | DOCKET: | TITLE: |
| [] Plffs. | [] Defts. | |

## - O R D E R -

After having reviewed the Magistrate-Judge's Report and Recommendation, Docket Document No. 12, and no objection having been filed by Petitioner within the time allowed, the court **ADOPTS** the Magistrate's Report and **ORDERS** the summary dismissal of this case pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings in the United States Courts.

Judgment to enter accordingly.

**IT IS SO ORDERED.**

July 28, 2005                              S/José Antonio Fusté
   Date                                      José Antonio Fusté
                                           Chief U.S. District Judge